**No. 48744.**—Protests 936879–G, etc., of John Morgan, Inc., et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 9, 1943

**No. 48745.**—Protests 100243–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 47083 and 47500 the harmonicas in question were held dutiable as claimed.

**No. 48746.**—Protests 896559–G, etc., of Friedlaender & Co., Inc. (New York).

Opinion by OLIVER, P. J. Before these cases were heard on rehearing counsel for both parties agreed upon a stipulation of fact affecting certain items. New and material evidence was introduced as to some of the exhibits. It was conceded that certain of the items now in question consist of table articles composed of pressed glass, unpolished and not ground for purposes other than ornamentation, and that others consist of articles composed of pressed glass, unpolished and not ground. These items, as set out in this decision, were therefore held dutiable at 50 percent under paragraph 218(g) as claimed. As to all other items enumerated in the decision, the plaintiff failing to prove that they were not polished and/or not ground, the protests were overruled.

**No. 48747.**—Protests 15098–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391), the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.